NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WARNER CHILCOTT (US), LLC, ALLERGAN PHARMACEUTICALS INTERNATIONAL LTD., ALLERGAN USA, INC.,**
*Plaintiffs*

**ALLERGAN SALES, LLC, QUALICAPS CO., LTD.,**
*Plaintiffs-Appellants*

**v.**

**TEVA PHARMACEUTICALS USA, INC.,**
*Defendant-Appellee*

**MYLAN PHARMACEUTICALS, INC., MYLAN LABORATORIES LIMITED, MYLAN INC.,**
*Defendants*

---

2018-1241

---

Appeal from the United States District Court for the Eastern District of Texas in Nos. 2:15-cv-01471-JRG-RSP, 2:15-cv-01740-JRG-RSP, 2:17-cv-00343-JRG-RSP, Judge J. Rodney Gilstrap.

---

**JUDGMENT**

---

MICHAEL N. KENNEDY, Covington & Burling LLP, Washington, DC, argued for plaintiffs-appellants. Also represented by JEREMY D. COBB, JEFFREY B. ELIKAN, PHILIP SCOTT MAY; DAVID SCOTT DENUYL, San Francisco, CA.

JOHN CHRISTOPHER ROZENDAAL, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for defendant-appellee. Also represented by MICHAEL E. JOFFRE, WILLIAM H. MILLIKEN, DANIEL RITTERBECK, CHANDRIKA VIRA.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (MOORE, REYNA, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 12, 2018        /s/ Peter R. Marksteiner
     Date                    Peter R. Marksteiner
                             Clerk of Court